**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 363 EAL 2023

          Respondent                 :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

          v.                        :

                                    :

DARIUS MCDOWELL,               :

                                    :

          Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.